UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>

DERRICK U DENNIS, on behalf of
himself and all other similarly situated,                    1:19-CV-684 (SJ)(CLP)

        Plaintiffs,   **NOTICE OF MOTION FOR**
                **DEFAULT JUDGMENT**

   v.

MASSGENIE,

        Defendant.

_____

    PLEASE TAKE NOTICE, that Plaintiff Derrick U Dennis, shall move this Court, at a date

and time to be set by this Honorable Court, for the entry of judgment by default, pursuant to Rule

55(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), and Local Rule 55.2(b), against

Defendant, Massgenie, and for any other relief that the Court may deem just and proper. The

reasons supporting the Plaintiff's request for entry of judgment by default are set forth within the

attached Affidavit of Counsel, Jonathan Shalom, along with sufficient facts, the attached

Certificate of Default dated May 28, 2019 (Ex. A to the supporting Affirmation), and other

documents appearing in the Court's file and upon such evidence, oral or documentary, as may be

presented prior to or at the hearing upon this motion.

Dated: May 30, 2019

            Respectfully submitted,

            **SHALOM LAW, PLLC**

            _____

            Jonathan Shalom, Esq.